Certificate Number: 13983-ILN-DE-034625563

Bankruptcy Case Number: 20-12188



13983-ILN-DE-034625563

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 2, 2020, at 3:28 o'clock PM CDT, Amy Brisal completed a course on personal financial management given by internet by David M. Siegel & Associates, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   July 2, 2020

By:   /s/David M Siegel

Name:   David M Siegel

Title:   Owner